UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                          )   Chapter 7
                                )
DUANE WOOTERS,                  )   Case No. 05-11134
                                )
           Debtor.              )   Hon. SUSAN PIERSON SONDERBY

## EXHIBIT B TO TRUSTEE'S FINAL REPORT
## DISPOSITION OF ESTATE PROPERTY

Scheduled Property & Disposition

See Form 1 - Attached

Amount Realized
$ 25,870.58

Unscheduled Property
Post-Petition Interest Deposits                          437.51

TOTAL RECEIPTS                                     $26,308.09

TOTAL SCHEDULED
  VALUE OF PROPERTY
  ABANDONED                                        $15,680.00

TOTAL SCHEDULED VALUE
OF EXEMPT PROPERTY                                 $14,600.00

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 05-11134 SPS Judge: SUSAN PIERSON SONDERBY | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|
| Case Name: | WOOTERS, DUANE | Date Filed (f) or Converted (c): | 03/26/05 (f) |
| | | 341(a) Meeting Date: | 05/05/05 |
| For Period Ending: | 10/05/07 | Claims Bar Date: | 08/08/05 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Post-Petition Interest Deposits (u) | Unknown | N/A | | 437.51 | Unknown |
| 2. REAL PROPERTY (907 S. Van Buren, Sullivan, IL) | 110,000.00 | 20,000.00 | | 25,683.65 | FA |
| 3. CASH ON HAND | 80.00 | 0.00 | DA | 0.00 | FA |
| 4. CHECKING ACCOUNT (US Bank) | 100.00 | 0.00 | DA | 0.00 | FA |
| 5. CHECKING ACCOUNT (LaSalle Bank) | 200.00 | 0.00 | DA | 0.00 | FA |
| 6. CHECKING ACCOUNT (FNB Sullivan) | 0.00 | 185.00 | DA | 186.93 | FA |
| 7. HOUSEHOLD GOODS | 500.00 | 0.00 | DA | 0.00 | FA |
| 8. BOOKS/COLLECTIBLES | 100.00 | 0.00 | DA | 0.00 | FA |
| 9. WEARING APPAREL | 300.00 | 0.00 | DA | 0.00 | FA |
| 10. FIREARMS AND HOBBY EQUIPMENT | 800.00 | 0.00 | DA | 0.00 | FA |
| 11. FIREARMS AND HOBBY EQUIPMENT | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 12. INSURANCE POLICIES (American United Life) | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 13. STOCK (Duane Wooters Ent., Inc.) | 0.00 | 0.00 | OA | 0.00 | FA |
| 14. AUTOMOBILES (1966 T-Bird) | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 15. OFFICE EQUIPMENT | 50.00 | 0.00 | DA | 0.00 | FA |
| 16. OFFICE EQUIPMENT (Computer - laptop) | 500.00 | 0.00 | DA | 0.00 | FA |
| 17. OFFICE EQUIPMENT (4 yr old computer (home built) | 50.00 | 0.00 | DA | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $125,680.00 | $20,185.00 | | $26,308.09 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 09/30/06     Current Projected Date of Final Report (TFR): 09/30/07

LFORM1                                                                                                                                        Ver: 12.60a

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| DUANE WOOTERS | ) | Case No. 05 B 11134 |
| | ) | |
| | ) | Hon. Susan Pierson Sonderby |
| | ) | |
| Debtor. | ) | Hearing Date: June 1, 2005 |
| | ) | Hearing Time: 10:30 a.m. |

## ORDER AUTHORIZING THE ABANDONMENT
## OF THE ESTATE'S INTEREST IN
## DUANE WOOTERS ENTERPRISES, INC.

THIS MATTER coming to be heard on the Interim Trustee's Motion for the entry of an Order authorizing the Trustee to abandon an asset of the Debtor's estate (the "Motion"), due notice having been given all those entitled thereto, the Court having considered the Motion and representations by counsel in open court, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED:

(1) ~~the Motion is granted; and~~

(2) the Trustee is authorized to, and hereby does, abandon all of the Estate's interest in Duane Wooters Enterprises, Inc., including but not limited to the stock in the Company.

DATED: June __1__ 2005

ENTER: _____
Susan Pierson Sonderby
United States Bankruptcy Judge

*Order prepared by:*
R. Scott Alsterda (ARDC No. 3126771)
Melissa G. Melsher (ARDC No. 6269817)
UNGARETTI & HARRIS LLP
3500 Three First National Plaza
Chicago, Illinois 60602
Telephone: 312.977.4400
Facsimile: 312.977.4405

690973-1