UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DUANE WOOTERS, | ) | Case No. 05-11134 |
| | ) | |
| Debtor. | ) | Hon. SUSAN PIERSON SONDERBY |

**Notice of Trustee's Final Report, Hearing on Applications for Compensation, and Hearing on the Abandonment of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    AT: U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 642, Chicago, IL

    On: **January 16, 2008**       Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---:|
    | Receipts | $26,308.09 |
    | Disbursements | $0.00 |
    | Net Cash Available for Distribution | $26,308.09 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---:|---:|---:|
| R. SCOTT ALSTERDA<br>*Trustee Fees and Expenses* | $0.00 | $3,380.81 | $148.70 |
| UNGARETTI & HARRIS LLP<br>*Attorney for Trustee Fees and Expenses* | $0.00 | $13,967.50 | $358.40 |

1

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000% .

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

7. Claims of general unsecured creditors totaling $224,702.28 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 3.7600% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Access Group Inc | $12,771.84 | $480.44 |
| 000003 | Citibank USA NA | $2,237.44 | $84.17 |
| 000004 | Citibank USA NA | $17,254.58 | $649.07 |
| 000005 | Sallie Mae Trust/Sallie Mae Ed Cred | $25,232.94 | $949.19 |
| 000007 | Chase Manhttn Bank USA, NA | $19,697.23 | $740.96 |
| 000008 | Idapp | $39,256.53 | $1,476.72 |
| 000009 | G. Curtis Wooters | $80,100.00 | $3,013.14 |
| 000010 | American Express Bank, Fsb | $16,414.47 | $617.47 |
| 000011 | American Express Centurion Bank | $303.47 | $11.42 |
| 000012 | Mbna America Bank Na | $11,433.78 | $430.10 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the KENNETH S. GARDNER, CLERK OF THE COURT, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends

pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has not been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| CASH ON HAND | $80.00 |
| CHECKING ACCOUNT (US Bank) | $100.00 |
| CHECKING ACCOUNT (LaSalle Bank) | $200.00 |
| CHECKING ACCOUNT (FNB Sullivan) | $0.00 |
| HOUSEHOLD GOODS | $500.00 |
| BOOKS/COLLECTIBLES | $100.00 |
| WEARING APPAREL | $300.00 |
| FIREARMS AND HOBBY EQUIPMENT | $800.00 |
| FIREARMS AND HOBBY EQUIPMENT | $1,500.00 |
| INSURANCE POLICIES (American United Life) | $10,000.00 |
| AUTOMOBILES (1966 T-Bird) | $1,500.00 |
| OFFICE EQUIPMENT | $50.00 |
| OFFICE EQUIPMENT (Computer - laptop) | $500.00 |
| OFFICE EQUIPMENT (4 yr old computer (home built) | $50.00 |

Dated: **November 28, 2007**          For the Court,

By: **KENNETH S. GARDNER**
KENNETH S. GARDNER
CLERK OF THE COURT

Trustee:    R. Scott Alsterda
Address:   3500 Three First National Plaza
           70 West Madison Avenue
           Chicago, IL  60602-4283
Phone No.: (312) 977-4400

3

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

.134   Doc 30   Filed 11/28/07   Entered 12/01/07 00:37:04   Desc Imaged
Certificate of Service   Page 4 of 5

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7               Page 1 of 2         Date Rcvd: Nov 28, 2007
Case: 05-11134                Form ID: pdf002           Total Served: 39


The following entities were served by first class mail on Nov 30, 2007.
db          +Duane Wooters,   935 Washington , Apt C2,   Oak Park, IL 60302-3734
aty          Alex Pirogovsky,   Ungaretti & Harris LLP,   3500 Three First National Plaza,
               Chicago, IL  60602
aty          Melissa G. Melsher,   Ungaretti & Harris LLP,   3500 Three First National Plaza,
               Chicago, IL  60602
aty         +Richard L Hirsh,   Richard L Hirsh & Associates PC,   1500 Eisenhower Lane,   Suite 800,
               Lisle, IL 60532-2135
tr           R Scott Alsterda,   Ungaretti & Harris LLP,   3500 Three First National Plaza,
               Chicago, IL  60602
9093205     +1st National Bank of Sullivan,   1 S. Main St,   Sullivan, IL 61951-1810
9093206      Access Group Inc,   PO Box 24328,   Louisville KY 40224-0328
9093208     +Alpha Omega Pest Control,   P.O. Box 1285,   Lombard, IL 60148-8285
9460230      American Express Bank, FSB,   c/o Becket and Lee, LLP,   P.O. Box 3001,   Malvern, PA 19355-0701
9093209     +American Express Blue for Business,   P.O. Box 360002,   Ft. Lauderdale, FL 33336-0002
9461441      American Express Centurion Bank,   c/o Becket and Lee, LLP,   P.O. Box 3001,
               Malvern, PA 19355-0701
9093210     +American Express Green,   P.O. Box 360001,   Ft. Lauderdale, FL 33336-0001
9093212     +Bank One,   P.O. Box 15153,   Wilmington, DE 19886-5153
9093213     +Capital One,   P.O. Box 34631,   Seattle, WA 98124-1631
9093214     +Central Carolina Bank,   P.O. Box 15289,   Wilmington, DE 19886-5289
9416099     +ChaseManhttnBankUSA,NA as successor in interest to,   Bank One Delaware, NA,
               c/o Weinstein & Riley, P.S.,   2101 4th Ave., Suite 900,   Seattle, WA 98121-2339
9093215     +Citibank NY per The Student Loan Corp,   Citibank USA NA,   701 E 60th N,
               Sioux Falls SD 57104-0493
9093216     +Comcast Cable,   11 Water Street,   Henderson, NV 89015-2334
9093218     +Costomized Protection Services,   830 Warren Avenue,   Downers Grove, IL 60515-3731
9093219     +Ditardi & Associates,   5621 N. Milwaukee Avenue,   Chicago, IL 60646-6280
9093222     +Education Services-ACS,   2505 S. Finley Road,   Lombard, IL 60148-4867
9093223     +Fagiano Enterprises, Inc.,   161 Harrison St.,   Elmhurst, IL 60126-5072
9093224     +G. Curtis Wooters,   101 W. N. 3rd,   Findlay, IL 62534-9649
9093204    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: IRS,   STOP 5013CHI,   230 S. DEARBORN ST.,   Chicago, IL 60604)
9093225     +Idapp,   1755 Lake Cook Road,   Deerfield, IL 60015-5215
9559425     +MBNA America Bank NA,   P O Box 15168 MS 1423,   Wilmongton DE 19850-5168
9093228     +Oak Park Residence Corp.,   21 S. Blvd.,   Oak Park, IL 60302-2712
9093229     +Onyx Waste Removal,   4612 W. Lake Street,   Melrose Park, IL 60160-2747
9093207     +P.O. Box 9001778,   Louisville, KY 40290-1778
9093230     +Premium Financing Service,   22335 Network Place,   Chicago, IL 60673-0001
9093231     +Protecto,   830 N. Addision,   Elmhurst, IL 60126-1218
9093232     +R&J Realty Co,   P.O. Box 425,   Western Springs, IL 60558-0425
9093234     +Roni & Chester Betzer,   907 S. Van Buren,   Sullivan, IL 61951-2245
9356501     +SALLIE MAE TRUST/SALLIE MAE ED CREDIT FIN CORP,   C/O SALLIE MAE INC,   220 LASLEY AVE,
               WILKES-BARRE, PA 18706-1430
9093236      SBC Ameritech,   Attention: Customer Service,   4075 Bay Road,   Hillside, IL 60162-2096
9093235      Sallie Mae,   P.O. Box 9500,   Wilkes Barre, PA 18773-9500
9093237     +Student Loan Corporation,   c/o Citbank (Nevada), N.A.,   P.O. Box 6615,
               The Lakes, NV 88901-6615
The following entities were served by electronic transmission on Nov 29, 2007.
9093217      E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                             ComEd,
               Bill Payment Center,   Chicago, IL 60668-0001
9559425     +E-mail/PDF: bankofamerica2ebn@americaninfosource.com Nov 29 2007 04:52:20
               MBNA America Bank NA,   P O Box 15168 MS 1423,   Wilmongton DE 19850-5168
9093227      E-mail/Text: bankrup@nicor.com                                 Nicor Gas,   P.O. Box 2020,
               Aurora, IL 60507-2020
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9093211      Ameritech
9093220      Duane Wooters Ent. Inc.
9093221      Duane Wooters Enterprises, Inc.
9093226      Nextel
aty*         R Scott Alsterda,   Ungaretti & Harris LLP,   3500 Three First National Plaza,
               Chicago, IL  60602
9093233*    +R&J Realty Co.,   PO Box 425,   Western Springs, IL 60558-0425
                                                                                             TOTALS: 4, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Nov 28, 2007
Case: 05-11134                Form ID: pdf002          Total Served: 39
```

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Nov 30, 2007**              **Signature:**   _/s/ Joseph Speetjens_