UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| DUANE WOOTERS, | ) | CASE NO.  05 B 11134 |
| | ) | |
| Debtor. | ) | HONORABLE SUSAN PIERSON SONDERBY |

**NOTICE OF FILING OF U.S. TRUSTEE'S
MEMORANDUM OF REVIEW OF TRUSTEE'S FINAL ACCOUNT**

**To:** **R. Scott Alsterda, Trustee**
Registrant's e-mail: **rsalsterda@uhlaw.com**

**Please Take Notice** that on **Monday, March 23, 2009,** the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee's Memorandum of Review of the Trustee's Final Account, a copy of which is herewith served upon you.

The United States Trustee has reviewed the Trustee's Final Account and Application to Close Case and Discharge the Trustee in accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's certification that the estate has been fully administered and is ready to close.

                                        WILLIAM T. NEARY
                                        UNITED STATES TRUSTEE

DATED:    March 23, 2009          BY: /s/ Denise DeLaurent
                                              Denise DeLaurent, Attorney
                                              OFFICE OF THE U.S. TRUSTEE
                                              219 SOUTH DEARBORN, ROOM 873
                                              CHICAGO, ILLINOIS  60604
                                              (312) 886-3326

**CERTIFICATE OF SERVICE**

        I, Denise A. DeLaurent, an attorney, state that pursuant to Local Rule 9013-3(D) the above U.S. Trustee's Memorandum of Review of the Trustee's Final Account was filed on March 23, 2009, and served on all parties identified as Registrants on the service list above through the Court's Electronic Notice for Registrants on March 23, 2009.

                                                        /s/ Denise DeLaurent